FILED 22 FEB '24 14:49 USDC-ORP

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00070-HZ |
| v. | INDICTMENT |
| ███████████████, and<br>**GERARDO ISMAEL BARAHONA OSORTO,** | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and 846 |
| | Forfeiture Allegation |
| Defendants. | |

## COUNT 1
**(Conspiracy to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and 846)**

Beginning on an unknown date but no later than on or before the month of September 2022, and continuing until an unknown date but ending no earlier than October 2023, in the District of Oregon and elsewhere, defendants ███████████████, and **GERARDO ISMAEL BARAHONA OSORTO**, and other coconspirators whose identities are known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute 400 grams of more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance;

In violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A)(vi) and 846.

///

Indictment                                                                                                                   Page 1

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant ▮▮▮▮▮▮▮▮▮▮▮▮, and GERARDO ISMAEL BARAHONA OSORTO, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: February 22, 2024.

A TRUE BILL.

▮▮▮▮▮▮▮▮▮▮▮▮

OFFICIATIN

Presented by:
NATALIE K. WIGHT
United States Attorney

/s/ PAUL T. MALONEY
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney